CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
DEC 20 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DOMINIQUE HERMAN ADAMS, | ) | |
| Petitioner, | ) | Civil Action No. 7:11cv00600 |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| GREGORY L. HOLLOWAY, | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

Petitioner Dominique Herman Adams, a Virginia inmate proceeding *pro se*, brings this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 2003 conviction and sentence in the Roanoke City Circuit Court. Because Adams has filed a previous § 2254 motion challenging the same conviction and sentence, the court dismisses his instant petition as successive.

I.

Adams challenges his 30-year sentence and convictions for two counts of statutory burglary, one count of robbery, and one count of malicious wounding. Court records indicate that Adams previously filed a § 2254 motion regarding the same conviction and sentence which this court denied. See Civil Case No. 7:10cv00383. Under the provisions of the federal habeas statutes regarding subsequent or successive § 2254 petitions, the court may consider a second or successive § 2254 petition only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the petition meet certain criteria. See 28 U.S.C. § 2244(b). Because Adams has not submitted any evidence that he has obtained such certification by the Court of Appeals, the court dismisses his petition without prejudice as successive.[1]

---

[1] In fact, court records indicate that the Fourth Circuit denied Adams' request to file a second or successive application for relief under § 2254. See In re: Dominique Herman Adams, No. 11-193 (4th Cir. June 23, 2011).

The Clerk is directed to send certified copies of this memorandum opinion and accompanying order to petitioner.

**ENTER**: This 20th day of December, 2011.

_____
United States District Judge