CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
DEC 20 2011
JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **DOMINIQUE HERMAN ADAMS,** | ) | |
| **Petitioner,** | ) | **Civil Action No. 7:11cv00600** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **GREGORY L. HOLLOWAY,** | ) | **By: Samuel G. Wilson** |
| **Respondent.** | ) | **United States District Judge** |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that Adams' petition for habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED**; Adams' motion to proceed *in forma pauperis* (Docket No. 2) is **DENIED as moot**; and this action is hereby **STRICKEN** from the active docket of the court.

Further, finding that Adams has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to petitioner.

**ENTER**: This 20th day of December, 2011.

[signature]
United States District Judge